173 So.2d 542

**John D. SMITH**

v.

**James FOUCHA and Harmond Bonds.**

No. 47720.

April 15, 1965.

In re: James Foucha applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 318.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.